# United States Court of Appeals
## For the First Circuit

No. 22-1116

UNITED STATES OF AMERICA,

Appellee,

v.

WESLEY PORTELL-MÁRQUEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on February 10, 2023, is amended as follows:

On page 10, line 3,"defendants'" should be "defendant's"